

# Fourth Court of Appeals
## San Antonio, Texas

April 28, 2015

No. 04-15-00250-CV

**IN RE ALLBRITE CONSTRUCTORS OF TEXAS, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Chief Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

On April 27, 2015, relator Allbrite Constructor of Texas, Inc. filed a petition for writ of mandamus and motion for temporary relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on April 28, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 392309, styled *Allbrite Constructors of Texas, Inc. v. Tempel Builders, Inc. and John Doe*, pending in the County Court at Law No. 2, Bexar County, Texas, the Honorable Karen Crouch presiding.